No. 24-60270

───────────────────────────────────────────────

# In The United States Court of Appeals For the Fifth Circuit

───────────────────────────────────────────────

BERNARD T. SWIFT, JR.; KATHY L. SWIFT,

*Petitioners – Appellants*,

v.

COMMISSIONER OF INTERNAL REVENUE,

*Respondent – Appellee.*

───────────────────────────────────────────────

On Appeal from Docket Nos. 13705-16, 5354-18, and 11261-19 of the United States Tax Court

───────────────────────────────────────────────

**PETITIONERS' – APPELLANTS' MOTION TO WITHDRAW CHARLES J. MULLER III AS COUNSEL OF RECORD**

───────────────────────────────────────────────

TO THE HONORABLE FIFTH CIRCUIT:

Leo Unzeitig moves to withdraw Charles J. Muller III as counsel of record in this case. Mr. Muller, lead counsel on this case, passed away on June 10, 2025. The undersigned counsel, along with Jaime Vasquez, will continue to represent the Swifts in this appeal.

The United States has no objection to this motion and does not plan to file a response.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: /s/ *Leo Unzeitig*
    Leo Unzeitig
    leo.unzeitig@chamberlainlaw.com

    Jaime Vasquez
    jaime.vasquez@chamberlainlaw.com

112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 253-8383
Facsimile: (210) 253-8384

**ATTORNEYS FOR BERNARD T. SWIFT, JR., AND KATHY L. SWIFT**

No. 24-60270

_____

# In The United States Court of Appeals
# For the Fifth Circuit

_____

BERNARD T. SWIFT, JR.; KATHY L. SWIFT,

*Petitioners – Appellants*,

v.

COMMISSIONER OF INTERNAL REVENUE,

*Respondent – Appellee.*

_____

On Appeal from Docket Nos. 13705-16, 5354-18,
and 11261-19 of the United States Tax court

_____

**DECLARATION**
_____

I am an attorney representing the Swifts. The facts set forth in the accompanying motion are true to the best of my knowledge and belief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

      /s/ *Leo Unzeitig*
      Leo Unzeitig

32548290